JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:22-cv-00759 PSG (DFMx)          Date April 11, 2022

Title: Matthew E. Orso v. Todd Disner, et al.

Present: The Honorable Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                               Not Present

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☒  Case should have been closed on entry dated 04/08/2022                .

☐  Case settled but may be reopened if settlement is not consummated within _____ days.
   Make JS-6.

☐  Other _____

☐  Entered _____.

Initials of Preparer _____ nb _____